## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of November, 2013, the order of the Commonwealth Court is **AFFIRMED.**

80 A.3d 375

**Thomas D. KIMMETT, Appellant**

**v.**

**Kathleen G. KANE, Individually and in her Official Capacity as Attorney General of The Commonwealth of Pennsylvania; and The Office of Attorney General of The Commonwealth of Pennsylvania; and Stephen L. Brandwene, Individually and In His Current (or Former) Official Capacity as Deputy Attorney General of The Commonwealth of Pennsylvania; and Brian E. Nutt, Individually and In His Official Capacity as Chief of Staff of The Office of Attorney General of The Commonwealth of Pennsylvania; and Louis J. Rovelli, Individually and In His Official Capacity as Executive Deputy Attorney General of The Commonwealth of Pennsylvania; and Does 1–5, Office of Attorney General; and Does 6–10, Pennsylvania Department of Revenue, Appellees.**

Supreme Court of Pennsylvania.

Nov. 20, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of November, 2013, the order of the Commonwealth Court is **AFFIRMED.**

80 A.3d 376

**Donna HILL, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Nov. 20, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of November, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.**